IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                         MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                           ORDER

This Document Relates To:

03-3845  VRW
_____/

    Plaintiff and defendant Weber Aircraft LP (Weber) have filed a stipulation of dismissal of all claims against Weber pursuant to FRCP 41(a)(1)(ii).  Doc #57.  Weber is the only named defendant remaining in this action; the other 50 defendants are identified as DOE defendants.  Accordingly, the remaining unnamed defendants are DISMISSED without prejudice.  The clerk is directed to CLOSE the file and TERMINATE all motions.

    SO ORDERED.

_____
VAUGHN R WALKER

United States District Chief Judge