LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY 045712
MICHAEL S. DANKO 111359
STEPHEN J. PURTILL 100102
KRISTINE K. MEREDITH 158243
SCOTT D. PEEBLES 227493
MARY BETH O'CONNOR 228591
OF COUNSEL
GARY L. SIMMS 096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575

ATTORNEYS FOR PLAINTIFF



IT IS SO ORDERED
Judge Vaughn R Walker
March 4, 2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN Re:<br>DEEP VEIN THROMBOSIS | MDL Docket No. 04-1606 VRW |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *Stonestreet v. American Airlines, Inc.;*<br>Case No. C03 3845 VRW | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: December 21, 2007

Teresa Stonestreet
Teresa Stonestreet

-1-
STIPULATION TO DISMISSAL

Dated: ~~December~~ 2/15/08 ~~, 2007~~         O'REILLY & DANKO

By _/s/ Michael S. Danko_
Michael S. Danko
Attorneys for Plaintiffs Stonestreet


KENNEY & MARKOWITZ LLP

Dated: December ____, 2007         By _____
Stephen C. Kenney
Attys. for American Airlines, Inc.

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
STIPULATION TO DISMISSAL

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December ___, 2007 | O'REILLY & DANKO |
| 3 | | By _____ |
| 4 | | Michael S. Danko |
| | | Attorneys for Plaintiffs Stonestreet |
| 5 | | |
| 6 | | |
| 7 | | KENNEY & MARKOWITZ LLP |
| 8 | Dated: February 25, 2008 | By _[signature]_____ |
| 9 | | Samantha Davies Hilton, Esq. |
| 10 | | Attys. for American Airlines, Inc. |

-2-
STIPULATION TO DISMISSAL
*Stonestreet v. American Airlines, Inc.*

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 160
SAN MATEO, CA 94403
TELEPHONE (650) 358-2901